A TRUE COPY I CERTIFY
James W. McCormack
Clerk
By: /s/ Martha Fugate, D.C.

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                                PLAINTIFF

v.                              No. 5:06CV0278 WRW

DARRELL JONES AND YULONDA
JONES, HIS WIFE; PRODUCERS RICE
MILL, INC.; AND SOUTHERN STATES
COOPERATIVE, INC.                                                       DEFENDANTS

### ORDER APPROVING MARSHAL'S DEED

On this day Robert G. Howard, Jr., United States Marshal for the Eastern District of Arkansas, produces to the Court his deed to Robert H. Rasco and Donna E. Rasco, the purchasers of the real property described in said deed, and upon examination of said deed, the same is, in all things, approved. A copy of the Marshal's Deed is attached hereto, and the Clerk of this Court is directed to file one copy of the Marshal's Deed together with this Order.

And the said Robert G. Howard, Jr. acknowledges that he has executed said deed to the purchasers for the consideration and purposes therein mentioned and set forth; and it is ORDERED by the Court that a copy of this order be attached to said deed and certified by the Clerk under the seal of this Court to the end that the same may be entitled to record.

DATED: 4/22/08

_____
UNITED STATES DISTRICT JUDGE