IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                              5:06CV0278 WRW

DARRELL JONES AND YULONDA
JONES, HIS WIFE; PRODUCERS RICE
MILL, INC.; AND SOUTHERN STATES
COOPERATIVE, INC.                                                                              DEFENDANTS

## ORDER OF DISTRIBUTION

On March 5, 2008, at 11:00 a.m., at the South front entrance of the Chicot County Courthouse, Lake Village, Arkansas, the United States Marshal offered for sale the lands described in the judgment entered on December 10, 2007. At such sale, Bob Rasco, was the highest and best bidder for the property, and the property was then sold to the said Robert H. Rasco and Donna E. Rasco, husband and wife.

The United States Marshal received checks totaling $24,660.66, from Robert H. Rasco and Donna E. Rasco for payment in full for the property. In accordance with the terms of the judgment, it is hereby ORDERED that the United States Marshal transfer the above mentioned funds, to the U.S. Department of Agriculture, Rural Development, 700 West Capitol, Room 3416, Federal Bldg., Little Rock, AR 72201 and notify Richard M. Pence, Jr., Assistant United States Attorney by sending copy of same.

DATED this 22nd day of April, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE